# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLEN EDWARD COMEAUX** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1707** |
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.** | **SECTION: "I" (5)** |

## ORDER

The Court, having considered the complaint, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint filed by Glen Edward Comeaux is transferred to the United States District Court for the Western District of Texas, San Antonio Division.

New Orleans, Louisiana, this 18th day of October, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**